**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

BAUSCH & LOMB INCORPORATED and
WYETH LLC,

        Plaintiffs,                **ORDER**

       v.                            13-CV-6498

VITAMIN HEALTH, INC.,

        Defendant.

Currently pending before the Court are plaintiffs' motions to exclude certain expert testimony (Docket ## 249, 254, 255) and defendant's motions to exclude certain expert testimony (Docket ## 246, 251, 253). Responses to the motions shall be filed on or before May 20, 2016. Any replies shall be filed on or before May 27, 2016. The Court will advise the parties if oral argument is necessary.

    **SO ORDERED.**

                                      /s/Jonathan W. Feldman
                                      JONATHAN W. FELDMAN
                             United States Magistrate Judge

Dated:    May 9, 2016
            Rochester, New York